■ LINDA SALVATORE, Respondent, v GERALD P. SALVATORE, Appellant. [889 NYS2d 858]—

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on appeal from the order are brought up for review and have been considered on the appeal from the judgment (see CPLR 5501 [a] [1]; Salvatore v Salvatore, 68 AD3d 966 [2009] [decided herewith]). Santucci, J.P., Miller, Angiolillo and Eng, JJ., concur.